79 So.2d 714

**WOODWARD IRON CO.**

v.

**Robert Alva HILL et al.**

**6 Div. 887.**

Supreme Court of Alabama.

April 14, 1955.

Lipscomb, Brobston, Jones & Brobston, Richard L. Jones, Bessemer, for petitioners.

Carl G. Moebes, Birmingham, opposed.

GOODWYN, Justice.

Petition of Robert Alva Hill and wife for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Woodward Iron Co. v. Hill, 79 So.2d 711.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.